ORIGINAL

FILED
OCT 3 0 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| ARTEL, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | No. 07-760 C<br>(Judge ________) |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff, ARTEL, Inc. ("ARTEL"), by and through its undersigned counsel, hereby discloses that ARTEL is individually owned, it has no parent companies, and no public company owns any of its stock.

Respectfully submitted,

Philip M. Dearborn Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000
(202) 857-0200 (Facsimile)
pdearborn@pilieromazza.com

*Counsel of Record for Plaintiff, ARTEL, Inc.*

Dated: October 30, 2007

Of Counsel:

Pamela J. Mazza, Esq.
Jonathan T. Williams, Esq.
Isaias "Cy" Alba, Esq.
Gunjan R. Talati, Esq.
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000
(202) 857-0200 (Facsimile)
pmazza@pilieromazza.com
jwilliams@pilieromazza.com
ialba@pilieromazza.com
gtalati@pilieromazza.com