ORIGINAL

FILED
OCT 30 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| ARTEL, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | No. 07-760 C<br>(Judge ________) |

**MOTION FOR A PROTECTIVE ORDER**

Pursuant to Appendix C, ¶ 4 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff, ARTEL, Inc. ("ARTEL"), by and through its undersigned counsel, hereby respectfully requests that the Court enter a protective order in the above captioned case for the reasons outlined below:

1. The matter *sub judice* concerns the General Services Administration's ("GSA") award of a series of government wide acquisition contracts ("GWACs") under the Alliant Program, a maximum 10 year $50 billion dollar procurement intended to ensure the GSA's access to global integrated information technology solutions.

2. Given the subject matter of the above captioned bid protest, and the allegations described in ARTEL's complaint filed simultaneously with this Motion, it will be necessary to disclose certain information in the pleadings and at oral argument that is proprietary and confidential to ARTEL. The release of this information to ARTEL's competitors and/or the public in general has the potential to cause irreparable harm to ARTEL's businesss.

WHEREFORE, ARTEL respectfully requests that the Court issue a Protective Order in this case which restricts access to pleadings, motions, documents, and any other materials constituting the court file for the above captioned matter and all related and subsequent proceedings, to only those individuals admitted under such Protective Order and pursuant to the terms thereof.

Respectfully submitted,

Philip M. Dearborn, III, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000
(202) 857-0200 (Facsimile)
pdearborn@pilieromazza.com

*Counsel of Record for Plaintiff,*
*ARTEL, Inc.*

Dated: October 30, 2007

Of Counsel:

Pamela J. Mazza, Esq.
Jonathan T. Williams, Esq.
Isaias "Cy" Alba, IV, Esq.
Gunjan R. Talati, Esq.
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000
(202) 857-0200 (Facsimile)
pmazza@pilieromazza.com
jwilliams@pilieromazza.com
ialba@pilieromazza.com
gtalati@pilieromazza.com