FILED
OCT 3 0 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

ARTEL, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

No. 07-760 C

(Judge ________)

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Appendix C, ¶ 4 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff, ARTEL, Inc. ("ARTEL"), hereby respectfully requests the leave of this Court to file its Complaint in the above captioned proceeding under seal. ARTEL's Complaint contains confidential and proprietary information that was once subject to a Protective Order issued by the Government Accountability Office and which, if released to the public, could cause significant harm to ARTEL's business. Additionally, the Complaint also contains confidential information regarding the General Services Administration's ("GSA") evaluation of ARTEL and the other offerors. It is for these reasons that Plaintiff requests leave to file its Complain under seal.

Additionally, in accordance with RCFC Appendix C, ¶ 6, Plaintiff is simultaneously filing a redacted copy of its Complaint. In order to ensure the protection of ARTEL's proprietary and confidential information in future filings, ARTEL has moved, simultaneously to this motion, for a protective order in this case.

Respectfully submitted,

Philip M. Dearborn, III, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000
(202) 857-0200 (Facsimile)
pdearborn@pilieromazza.com

*Counsel of Record for Plaintiff,*
*ARTEL, Inc.*

Dated: October 30, 2007

Of Counsel:

Pamela J. Mazza, Esq.
Jonathan T. Williams, Esq.
Isaias "Cy" Alba, IV, Esq.
Gunjan R. Talati, Esq.
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000
(202) 857-0200 (Facsimile)
pmazza@pilieromazza.com
jwilliams@pilieromazza.com
ialba@pilieromazza.com
gtalati@pilieromazza.com