FILED

OCT 30 2007

U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| ARTEL, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | No. 07-760 C<br>(Judge ________) |

## NOTICE OF DIRECTLY RELATED CASES

Pursuant to RCFC 40.2(a)(1)(B), Plaintiff, ARTEL, Inc. ("ARTEL"), hereby notifies the Court that the above captioned Bid Protest action is directly related to Serco v. United States, No. 07-691 (filed Sept. 26, 2007), Stanley Associates, Inc. v. United States, No. 07-732 (filed October 18, 2007), CGI Federal, Inc., v. United States, No. 07-741 (filed October 24, 2007), and STG Inc. v. United States, No. 07-747 (filed October 26, 2007) as they all pertain to the GSA's award of Solicitation No. TQ2006MCB0001 (the "Solicitation"). As Judge Allegra is currently presiding over the above referenced related cases, ARTEL believes that it would preserve judicial resources to have the above captioned Bid Protest action assigned to him as well. As it is our understanding that all the related cases cited above have been consolidated, ARTEL believes that consolidation of the above captioned proceeding would also assist in preserving judicial resources and ensuring an expedited resolution of this matter.

Respectfully submitted,

Philip M. Dearborn, III, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000
(202) 857-0200 (Facsimile)
pdearborn@pilieromazza.com

*Counsel of Record for Plaintiff,*
*ARTEL, Inc.*

Dated: October 30, 2007

Of Counsel:

Pamela J. Mazza, Esq.
Jonathan T. Williams, Esq.
Isaias "Cy" Alba, IV, Esq.
Gunjan R. Talati, Esq.
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000
(202) 857-0200 (Facsimile)
pmazza@pilieromazza.com
jwilliams@pilieromazza.com
ialba@pilieromazza.com
gtalati@pilieromazza.com